IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAVIS D. REAY,

    Petitioner,               No. CIV S-02-2067 GEB DAD P

  vs.

A.K. SCRIBNER, Warden, et al.,

    Respondents.           ORDER

_____/

        On April 26, 2005, petitioner filed a renewed request for appointment of counsel along with a letter requesting that the district judge reconsider petitioner's previous requests for appointed counsel. The record reflects that petitioner's September 20, 2002 motion for appointment of counsel was denied by the magistrate judge in an order filed October 1, 2002, and petitioner's January 30, 2003 request for appointment of counsel was denied by the magistrate judge in an order filed May 22, 2003.

A magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Local Rule 72-303(f). Upon review of the entire file, the court finds that it does not appear that the magistrate judge's rulings on petitioner's previous requests for appointed counsel were clearly erroneous or contrary to law. Nor does it appear that the interests of justice require appointment of counsel at this time. See 18 U.S.C. § 3006A.

Accordingly, IT IS HEREBY ORDERED that:

1. Upon reconsideration, the orders of the magistrate judge filed October 1, 2002, and May 22, 2003 are affirmed; and

2. Petitioner's April 26, 2005 request for appointment of counsel is denied.

Dated: May 19, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge