IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAVIS D. REAY,

     Petitioner,          No. CIV S-02-2067 GEB DAD P

  vs.

A.K. SCRIBNER, Warden, et al.,

     Respondents.
_____/

NETTIE REAY,

     Petitioner,          No. CIV S-05-0356 FCD PAN P

  vs.

GLORIA HENRY, Warden,

     Respondent.         <u>ORDER</u>
_____/

        The respondent in case No. CIV S-05-0356 FCD PAN P has filed a Request for Reassignment of Case. Respondent states that the petitioners in the above-captioned cases were jointly tried and that the record is the same for both cases, except for briefs

1

1 filed separately for the petitioners.  The record includes nine
2 volumes of transcripts and miscellaneous documents that were
3 lodged in case No. CIV S-02-2067 GEB DAD P on March 24, 2005.
4        Examination of the two cases reveals that the actions
5 involve the same state proceedings, are based on the same record,
6 and involve similar questions of fact and some of the same
7 questions of law.  The assignment of the cases to the same
8 District Judge and the same Magistrate Judge is likely to effect
9 a substantial savings of judicial effort.  If the two cases were
10 heard by different judges, a substantial duplication of labor
11 would be required.  See Local Rule 83-123(a).
12        The parties should be aware that relating these cases
13 under Local Rule 83-123 merely has the result that the two cases
14 are assigned to the same judges; no consolidation of the two
15 actions is effected.  Under the regular practice of this court,
16 the related cases will be assigned to the District Judge and
17 Magistrate Judge to whom the first-filed action was assigned.
18 See Local Rule 83-123(c).
19        Accordingly, IT IS HEREBY ORDERED that:
20        1.  The request for reassignment filed by respondent in
21 case No. CIV S-05-0356 FCD PAN P on April 28, 2005, is granted;
22        2.  The action denominated as No. CIV S-05-0356 FCD PAN
23 P is reassigned to Judge Garland E. Burrell and Magistrate Judge
24 Dale A. Drozd for all further proceedings.  Henceforth, the
25 caption on documents filed in the reassigned case shall be shown
26

2

1  as No. CIV S-05-0356 GEB DAD P.  All dates set in the reassigned
2  case remain in effect; and
3          3.  The Clerk of the Court shall make appropriate
4  adjustment in the assignment of civil cases to compensate for
5  this reassignment.
6  Dated:  June 2, 2005

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge

3