IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAVIS D. REAY,

    Petitioner,                    No. CIV S-02-2067 GEB DAD P

    vs.

A.K. SCRIBNER, Warden, et al.,

    Respondents.                ORDER

_____/

        Petitioner's second amended petition for writ of habeas corpus is submitted for decision.  Petitioner has filed and served a document titled "Letter to Judge" in which he requests that respondents' counsel be required to lodge copies of three additional items:  a letter from petitioner's appellate counsel to the Court of Appeal, filed in case No. C030923 on May 5, 2003; a letter from petitioner's appellate counsel to the Court of Appeal, filed in case No. C030923 on October 25, 2000; and the petition for writ of habeas corpus filed in case No. S102220 in the California Supreme Court on November 20, 2001.

        Under the federal rules applicable to this case, the court may direct the parties to expand the record by submitting additional materials relating to the petition.  Rule 7(a), Fed. R. Governing § 2254 Cases.  Materials that may be required include letters, other documents, exhibits, and affidavits.  Rule 7(b), Fed. R. Governing § 2254 Cases.

1 	The court has reviewed the present record and finds that petitioner previously submitted copies of the state habeas petition filed in case No. S102220. Petitioner attached a copy of the petition as Exhibit C to his original federal habeas petition, and he attached a second copy as Exhibit C to his second amended federal habeas petition. The copies appear to be identical except that the copy attached to the second amended petition includes two copies of the first page of the Declaration of Richard L. Rubin. The court will not require respondents to lodge an additional copy of the state habeas petition filed November 20, 2001.

	Petitioner has not explained why the record should be expanded to include two letters from appellate counsel. Nor has petitioner explained why respondents should be required to lodge them. Petitioner may file and serve a motion to expand the record to include the letters. If he chooses to file such a motion, he must demonstrate that the letters are relevant to issues that must be decided by this court, and he must submit copies of the letters as exhibits to the motion.

	Accordingly, IT IS HEREBY ORDERED that:

	1. Petitioner's June 6, 2005 request to expand the record to include the state habeas petition filed November 20, 2001, is denied as unnecessary;

	2. Petitioner's June 6, 2005 request to expand the record to include two letters filed by appellate counsel is denied without prejudice; and

	3. Any renewed request to expand the record to include letters shall be made by motion filed and served within thirty days after this order is signed; respondents' opposition or statement of non-opposition to the motion shall be filed and served within thirty days after the motion is served; and any reply to opposition shall be filed and served by petitioner within fifteen days after the opposition is served.

DATED: June 15, 2005.

DAD:13
reay2067.motexp

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE