IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAVIS D. REAY,

        Petitioner,           No. CIV S-02-2067 GEB DAD P

    vs.

A.K. SCRIBNER, Warden, et al.,

        Respondents.       <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus.  On June 6, 2005, petitioner requested that respondents' counsel be required to lodge copies of two letters for inclusion in the record.  By order filed June 15, 2005, petitioner's request was denied without prejudice to the filing of a motion to expand the record.  Petitioner was directed to demonstrate that the letters are relevant to issues that must be decided by this court.  Petitioner was also directed to provide copies of the two letters.  Petitioner has filed a renewed request accompanied by copies of the letters.  Respondents have filed a statement of non-opposition to petitioner's request.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  Petitioner's July 12, 2005 request to expand the record is granted pursuant to Rule 7 of the Federal Rules Governing § 2254 Cases; and

2.  The record is expanded to include the letter from petitioner's appellate counsel to the Court of Appeal, filed in case No. CO30923 on May 5, 2003, and the letter from petitioner's appellate counsel to the Court of Appeal, filed in case No. CO30923 on October 25, 2000.

DATED: September 15, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
reay2067.motexp2