IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAVIS D. REAY,

    Petitioner,        No. CIV S-02-2067 GEB DAD P

    vs.

A.K. SCRIBNER, Warden, et al.,

    Respondents.      <u>ORDER</u>

                            /

Petitioner has requested an extension of time to file his objections to the January 17, 2008 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's January 28, 2008 request for an extension of time is granted; and

    2. Petitioner shall file his objections to the findings and recommendations on or before March 12, 2008.

DATED: February 7, 2008.

                                                      /s/ Dale A. Drozd
                                                      DALE A. DROZD
                                                      UNITED STATES MAGISTRATE JUDGE

DAD:bb
reay2067.111fr