IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAVIS D. REAY,

      Petitioner,                        No. CIV S-02-2067 GEB DAD P

    vs.

A. K. SCRIBNER, Warden, et al.,

      Respondents.            ORDER

/

         Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 3, 2008, judgment was entered in this action denying petitioner's application. On March 17, 2008, petitioner filed a request for extension of time to file an appeal and a request for counsel on appeal.

         In his request for extension of time, petitioner states that he lacks access to the prison law library and the materials necessary to file his appeal. He requests that the court send him "court rules and appeal forms." The time limit for filing a notice of appeal in this case is thirty days following entry of judgment. See Fed. R. App. P. 4(a). The district court may extend the time to file a notice of appeal if a party files a request for extension no later than thirty days after the time set forth in Rule 4(a) and makes a showing of good cause or excusable neglect. Fed. R. App. P. 4(a)(5). Upon a finding of good cause or excusable neglect, the district court

1

may extend the time to file a notice of appeal for a period not to exceed sixty days from the date of judgment. Fed. R. App. 4(a)(5)(C).

Good cause appearing, petitioner's timely request for an extension of time to file his notice of appeal will be granted. Petitioner may file his notice of appeal up to and including sixty days from the entry of judgment, or May 2, 2008. If petitioner does not meet that deadline, his appeal will be untimely. Fed. R. App. P. 4(a)(5). Petitioner is advised that the court does not have a "form" for filing an appeal and does not send copies of court rules or rules of procedure to litigants. Accordingly, petitioner requests for copies of forms and rules will be denied.

Petitioner also requests the appointment of counsel on appeal. That request will be denied without prejudice to its renewal in the U.S. Court of Appeals for the Ninth Circuit.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time to file an appeal (docket no. 58) is granted. Petitioner may file his notice of appeal up to and including May 2, 2008; and

2. Petitioner's request for the appointment of counsel on appeal (docket no. 59) is denied without prejudice to its renewal in the Court of Appeals for the Ninth Circuit.

DATED: March 24, 2008.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
reay2067.o

2